445 A.2d 215

Commonwealth v. Ragland, Appellant.

Petition for Allowance of Appeal Denied June 17, 1982.

572

Argued November 12, 1980. John R. Orie, Jr., for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.